Gwenda R. Robinson, Asst. Public Defender, St. Louis, Larry A. Bagsby, Baerveldt, Bagsby, Lee & Green, L.L.C., St. Charles, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

*ORDER*

PER CURIAM.

This appeal arises from a jury verdict finding LaKeith Woods, on count I, guilty of second degree felony-murder, Section 565.021.1(2) RSMo 1994 and, on count II, guilty of first degree robbery, Section

569.020 RSMo (1994). Woods was sentenced to ten years on each count to be served concurrently in the Missouri Department of Correction.

We have read the briefs and reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment is affirmed in accordance with Rule 30.25(b).

STATE of Missouri, Plaintiff/Respondent,

v.

**Gregory ROBINSON,
Defendant/Appellant.**

No. 73320.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 27, 1998.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

*ORDER*

PER CURIAM.

Defendant Gregory Robinson appeals the judgment entered upon his conviction by a jury of one count of delivery of a controlled substance in violation of section 195.211 RSMo 1994. We affirm.

On appeal, defendant contends that it was plain error for the trial court to admit into evidence and play for the jury a taped conversation of the Street Corner Apprehension Team because the tape constituted hearsay and improperly bolstered Detective Anderson's account of the transaction. We have examined the briefs and the record on appeal. We find no manifest injustice. An extended opinion reciting the detailed facts and restating the principles of law would serve no precedential or jurisprudential value. The judgment is affirmed in accordance with Rule 30.25(b).